Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 13 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:24-CR-2084-SAB |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. §§ 922(g), 924(a)(8)<br>Felon in Possession of a Firearm |
| JACOB ERASMO TELLO, | |
| Defendant. | 18 U.S.C. § 924(d),<br>28 U.S.C. 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about September 7, 2024, in the Eastern District of Washington, the Defendant, JACOB ERASMO TELLO, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Ruger Model GP-100, .357 magnum caliber revolver bearing serial number 174-91798, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, JACOB ERASMO TELLO, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Ruger Model GP-100, .357 magnum caliber revolver bearing serial number 174-91798, and loaded ammunition.

DATED this 13 day of November, 2024.

A TRUE BILL

*Vanessa Waldref*
_____
Vanessa R. Waldref
United States Attorney

*[signature]*
_____
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 2